IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBVIE INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 1:23-cv-02658-APM <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION OF DISMISSAL**

The above-captioned action ("*AbbVie II*") is for declaratory and injunctive relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, as is the consolidated action No. 1:23-cv-00596-APM ("*AbbVie I*"). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action, i.e., *AbbVie II*, with prejudice, with each party to bear its own costs, attorneys' fees, and expenses, other than Defendant's document review fees already paid by Plaintiff. The parties will file a substantially similar and corresponding joint stipulation of dismissal in *AbbVie I*.

Dated: March 9, 2026

//

//

//

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax
Litigation Branch

/s/ Olga L. Tobin
OLGA L. TOBIN
D.C. Bar #427857
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 227 – Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-6322
Fax:  (202) 514-6866
Email: olga.l.tobin@tax.usdoj.gov

*Counsel for Defendant*

/s/ Vivek A. Patel
VIVEK A. PATEL
D.C. Bar #1033178
Baker & McKenzie, LLP
815 Connecticut Avenue NW
Washington, D.C. 20006
Tel: (202) 835-6124
Fax: (202) 416-7124
Email: vivek.patel@bakermckenzie.com

*Counsel for Plaintiff*